UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATH RICHARD DOUGLAS,

    Petitioner,

v.

NANCY SUMMERS DOUGLAS,

    Respondent.

_____/

Case No. 1:20-cv-423

HONORABLE PAUL L. MALONEY

## ORDER GRANTING IN PART MOTION TO SEAL DOCUMENT

Pending before the Court is Petitioner's motion to seal document (ECF No. 7). Petitioner seeks leave of the Court to file his Verified Petition for Return of Child, and the accompanying exhibits, under seal pursuant to Fed. R. Civ. P. 5.2.  Petitioner has also filed a redacted version of the documents with his motion.  Upon due consideration of the motion by the Court

    **IT IS HEREBY ORDERED** that the motion to seal document (ECF No. 7) is GRANTED IN PART.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall restrict access to the petition (ECF No. 1) to the Court, counsel for Petitioner and Respondent only.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall accept the redacted version of the petition (ECF No. 7-1) for filing with access available to the public.

Dated:  May 21, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge