UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| HEATH RICHARD DOUGLAS, | ) | |
| Petitioner, | ) | |
| | ) | No. 1:20-cv-423 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| NANCY SUMMERS DOUGLAS, | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Petitioner Heath Douglas filed this lawsuit under the Hague Convention and the International Child Abduction Remedies Act seeking the return of his child to Australia. According to Petitioner, custody determinations should be made in the Australian courts.

Respondent Nancy Douglas filed a motion for summary judgment. (ECF Nos. 34 and 35.) Included in his response, Petitioner requests leave to amend the complaint to change the date of wrongful removal. The parties completed their briefs and the Court held oral argument on the motion on Monday, March 22, 2021.

For the reasons provided on the record, the Court **GRANTS** Respondent's motion. The Court also **DENIES** Petitioner's motion for leave to the amend the complaint as futile. The Court concludes that the date of wrongful retention is October 3, 2019. The Court finds that on October 2, 2019, the infant's habitual residence was Michigan.

IT IS SO ORDERED.

Date: March 22, 2021          /s/ Paul L. Maloney
                              Paul L. Maloney
                              United States District Judge