UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| HEATH RICHARD DOUGLAS, | ) | |
| Petitioner, | ) | |
| | ) | No. 1:20-cv-423 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| NANCY SUMMERS DOUGLAS, | ) | |
| Respondent. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 22, 2021                                                       /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge